**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JUAN RAMAN TORRES,**

        **Plaintiff,**

**-vs-**                                      **Case No. 6:07-cv-843-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b) (Doc. No. 13) filed on March 25, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 17, 2010 (Doc. No. 16) is ADOPTED and CONFIRMED and made a part of this Order.

2. Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b) (Doc. No. 13) is GRANTED.

3. Mr. Culbertson is hereby authorized to charge and collect from Plaintiff the sum of $2,000.00.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 2, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge